IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MITCHELL O. LINEHAN, #085498,

    Plaintiff,
v.                                                                          CASE NO. 4:06-cv-00225-MP-WCS

JAMES V. CROSBY, JR., et al.,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 12, Report and Recommendation of the Magistrate Judge, recommending that this case be dismissed without prejudice. The Magistrate Judge filed the Report and Recommendation on Monday, October 23, 2006. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made.

The Magistrate recommends that because Plaintiff has not complied with prior orders to submit the initial partial filing fee in the amount of $1.00, this case should be dismissed. The Magistrate's Report gave Plaintiff a final opportunity to show good cause for his failure to respond. Plaintiff has filed objections, stating that while he initially had funds available in his inmate trust account when he first attempted to pay the filing fee, due to neglect on his part the money was not withdrawn from his account, and since then no funds have been available. Because the Magistrate's Report allowed the Plaintiff to show cause, the Court construes the Plaintiff's objections as a motion for reconsideration, and remands this matter to the Magistrate to evaluate Plaintiff's claim that he lacks the funds to pay the initial filing fee. Therefore, having

considered the Report and Recommendation, I decline to adopt the Report and Recommendation at this time. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Report and Recommendation of the Magistrate Judge is declined, and this matter is remanded to the Magistrate Judge for further proceedings.

**DONE AND ORDERED** this   *8th* day of December, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge
