IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MITCHELL O. LINEHAN,

    Plaintiff,

v.                                                      CASE NO. 4:06-cv-00225-MP-WCS

JAMES V. CROSBY, JR.,
JAMES R. McDONOUGH.
ALONZO PERKINS,
and ALEX LAM,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 51, Report and Recommendation of the Magistrate Judge, recommending that Defendant Crosby's Motion to Dismiss be denied. The Magistrate Judge filed the Report and Recommendation on Monday, October 15, 2007. The parties have been furnished a copy of the Report and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made.

In the objections, Defendant Crosby states that Plaintiff's complaint specifically alleges that the Defendant is sued in his individual capacity. Defendant Crosby argues that the individual claims against him must be dismissed because Plaintiff never presented any information in his grievances that Defendant Crosby personally failed to respond to a letter from Plaintiff's pastor, or that Defendant was personally involved in the promulgation of the complained-of rules. Plaintiff has filed a response to Defendant Crosby's objections, Doc. 55, in which he states that the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a), does not require that all defendants be named in grievances. As the Plaintiff points out, the Supreme Court has

held that § 1997e(a) does not impose a requirement for prisoners to "name all defendants" in their initial grievance. Rather, "proper exhaustion" is recognized as compliance with the prison grievance procedures, which Defendant does not allege that Plaintiff has failed to do. Because Plaintiff's complaint states a claim, Defendant Crosby's motion to dismiss is denied.

Therefore, having considered the Report and Recommendation, and the objections thereto, I have determined that it should be adopted. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation, Doc. 51, is adopted and incorporated by reference in this order.

2. Defendant Crosby's motion to dismiss, Doc. 48, is DENIED, and this case is REMANDED to the Magistrate for further proceedings.

3. Defendant Crosby is ORDERED to file an appropriate response to Plaintiff's amended complaint within 10 days of this order.

**DONE AND ORDERED** this   *14th* day of November, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge